ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL KINGSTON,<br>Defendant. | Case No. 2:25-cr-00047-DC<br>**UNITED STATES'S CERTIFICATE OF SERVICE BY MAIL** |

The undersigned hereby certifies that I am employee in the Office of the United States Attorney for the Eastern District of California and am a person of such age and discretion to be competent to serve papers.

That on September 15, 2025, a copy of the United States's Appellee Answering Brief, ECF No. 61, was served by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

///

///

///

///

**Addressee:**

Paul Kingston
11 Silvercreek Ln
Ballwin, MO 63011

Dated: September 15, 2025

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ *Zulkar Khan*
ZULKAR KHAN
Assistant U.S. Attorney