Paul Kingston, appearing in *propria persona*

11 Silvercreek Ln, Ballwin, MO 63011

Phone: (314)601-4662

E-mail: Picasso.dilly@gmail.com

FILED

SEP 22 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,United States of America<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>,Paul Kingston<br><br>　　　　Defendant. | **Case Nos.** U.S. District - 2:25-cr-00047-DC<br><br>　　　　Magistrate – 3:24-po-00182-DMC<br><br>REQUEST FOR TELECONFERANCE APPEARANCE (IF APPEARANCE IS REQUIRED)<br><br>　　Hearing Date: TBD under the Honorable District Judge Dena M Coggins |

　　PLEASE TAKE NOTICE, that on September 17, 2025- I, defendant, Paul Kingston, acting in *propria persona*, seek to inform the court and all interested parties that if an appearance is required, I request leave to make that appearance via teleconference.

　　I have no preference as to whether or not oral arguments will be required before the court makes its decision. But as the trip from St. Louis, MO to Sacramento, CA in order to physically appear would constitute an extreme and undue hardship (particularly as the two trips I've already made and the time consumed by litigating my citation left me unable to work over the winter months as is my usual habit)- I humbly request that the Court grant leave for me to appear via

1  teleconference if an appearance is required of me.

Respectfully submitted,

Paul Kingston,

x PAULKINGSTON

Date: 9-17-2025

2 Document description

1  Paul Kingston, appearing in *propria persona*

2  11 Silvercreek Ln, Ballwin, MO 63011

3  Phone: (314)601-4662

4  E-mail: Picasso.dilly@gmail.com

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  ,United States of America                Case Nos. U.S. District - 2:25-cr-00047-DC

12              Plaintiff,                             Magistrate – 3:24-po-00182-DMC

13      v.                                  PROOF OF SERVICE

14  ,Paul Kingston

15              Defendant.

16

17      I, the undersigned, hereby certify that on September 17, 20 25, I served

18  copies of the following: One (1) reply to government Apellee Brief

19                          One (1) request to appear via teleconference

20

21      By placing said copies in an envelope addressed to the people hereinafter listed, handing

    that envelope to a Post Office employee, and paying the postage.

22
        Individuals/ entities served:   US Attorney's Office
23                                      Attn: Zulkar Khan, AUSA
                                        501 I street 10th Floor
24                                      Sacramento, CA 95814

25      I declare under penalty of perjury that the foregoing is true and correct.

26          x PAUL KINGSTON

27

28

1 Proof of Service